**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

Nancy Kinder,                                                )
*Individually and on behalf of others*        ) Case No.: 5:09-cv-12690-JCO-DAS
*similarly situated*                                       )
       Plaintiff,        )
          ) Honorable John Corbett O'Meara
        v.            )
          ) Magistrate Judge Scheer
SUNRISE FAMILY CREDIT UNION,         )
          )
       Defendant.        )

**<u>STIPULATED ORDER OF DISMISSAL</u>**

   The parties having stipulated to entry of this Order and the Court being otherwise fully

advised in the premises,

   NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

   This case is dismissed with prejudice and without costs, sanctions or attorneys' fees awarded

in favor or against either party.

Date: October 21, 2010      <u>s/John Corbett O'Meara</u>
             United States District Judge

AGREED AS TO FORM AND CONTENT:

Dated:  October 18, 2010      Respectfully submitted,

Geoffrey Bestor, Esq.       Bowen, Radabaugh & Milton, PC

By: <u>/s/ Geoffrey Bestor</u>      By: <u>/s/ Lisa T. Milton</u>
  4204 Maple Terrace      Lisa T. Milton
  Chevy Chase, MD 20815    4967 Crooks Road, Suite 150
  (240) 463-8503       Troy, MI 48098
  Email: gbesq@bestorlaw.com   Tel: (248) 641-8000
             Fax: (248) 641-8219
Counsel for Plaintiff        Email: LTMilton@brmattorneys.com
             Counsel for Defendant